UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-159 DSD/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THERESE GRELL-SALOMONSON,<br><br>Defendant,<br><br>WELLS FARGO BANK,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about October 18, 2002.

Defendant has now paid the judgment in full. Accordingly,

IT IS HEREBY ORDERED that the Writ of Garnishment served on or about October 18, 2002, is released.

Dated: October 28, 2002

Susan Richard Nelson
Magistrate Judge
United States District Court

OCT 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK